STATE OF NEW JERSEY v. JEROME RYLAND.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN CANZIUS.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNETT THOMAS.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM DEDERICK.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF J.E.

July 11, 1989.

Petition for certification denied.